**Opinion issued October 22, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-12-00544-CV**

————————————

## IN THE INTEREST OF A.B., A CHILD

---

**On Appeal from the 246th District Court**
**Harris County, Texas**
**Trial Court Case No. 2011-32548**

---

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss the appeal. They represent that they have reached an agreement to settle this matter and request that we grant their motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(B). *See* TEX. R. APP. P. 42.1(a)(2)(B).

Accordingly, we grant the motion, set aside the trial court's judgment without regard to the merits, and remand this cause to the trial court for rendition of judgment in accordance with the parties' agreement. *See id.*

We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.